1   PHILLIP A. TALBERT
    Acting United States Attorney
2   SAM STEFANKI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

**FILED**

**Mar 08, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE SEARCH OF THE       CASE NO.: 2:20-SW-01155-DB
    GARAGE BUILDING LOCATED BEHIND
11  2226 EAST LAFAYETTE STREET,              [PROPOSED] ORDER TO UNSEAL SEARCH
    STOCKTON, CALIFORNIA                     WARRANT AND SEARCH WARRANT
12                                           AFFIDAVIT

13

14          Upon application of the United States of America and good cause having been shown,

15          IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

16

17   Dated:    March 8, 2021

18                                           JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS